UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>Adel RAMMAL,<br><br>Defendant. | Case No.: 19MJ2473<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 841(a)(1)<br>Possess with Intent to Distribute<br>Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about June 12, 2019, within the Southern District of California, defendant Adel RAMMAL, did knowingly and intentionally possess for distribution 500 grams and more, to wit: approximately 1.32 kilograms, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about June 12, 2019, within the Southern District of California, defendant Adel RAMMAL, did knowingly and intentionally possess for distribution approximately 78 grams, of a mixture and substance containing a

detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Jacob Schneeberger
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14$^h$, DAY OF JUNE 2019.

HON ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

United States of America
V.
Adel RAMMAL

## PROBABLE CAUSE STATEMENT

I, Special Agent Jacob Schneeberger, declare under penalty perjury, the following is true and correct:

On June 12, 2019, San Diego County Sheriff's Department Officers ("SDSO") relayed the following information to Special Agent Jacob Schneeberger:

On June 12, 2019, at approximately 10:00 A.M., SDSO conducted a traffic enforcement stop of a black Honda ("Accord") in San Diego, California. The Accord pulled over, then yielded at 10155 Friars Rd. The driver, Adel RAMMAL ("RAMMAL"), was contacted by an SDSO and asked to step out of the Accord. RAMMAL stepped out of the Accord and a SDSO narcotics canine conducted a sniff of the vehicle. The canine alerted to the Accord and officers conducted a search of the vehicle.

SDSO located four (4) plastic containers on the rear passenger floor area of the Accord. The plastic containers held approximately fifty-three (53) individual baggies containing a white crystalline substance and three (3) baggies with a black tar like substance. The white crystalline substances field-tested positive for methamphetamine with a net weight of 1.32 kilograms. The black tar like

substances field-tested positive for the properties of heroin with a net weight of 78 grams.

Post Miranda, RAMMAL admitted to knowledge of the narcotics found in the Accord. RAMMAL also stated he sells narcotics.